| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | TIMOTHY A. BARNES |
| Figliulo & Silverman | Chapter   7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 613 |
| Chicago, IL  60603 | Hearing Date: | 03/25/2014 |
| (312) 251-5287 | Hearing Time: | 10:30 |
| Chapter 7 Trustee | Response Date: | 03/18/2014 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M. | § § § § | Case No. 12-07058 |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 25, 2012.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         156,560.52

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,759.49 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 154,801.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/20/2013 and the deadline for filing governmental claims was 08/23/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,940.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,940.79, for a total compensation of $6,940.79.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2014            By: /s/Michael K. Desmond
                                Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-07058
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.
**Period Ending:** 02/20/14

**Trustee:** (330623)  Michael K. Desmond
**Filed (f) or Converted (c):** 02/25/12 (f)
**§341(a) Meeting Date:** 04/12/12
**Claims Bar Date:** 02/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence 1094 Judy Drive, Elk Grove Village PIN<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2  Timeshare Ownership Marriott 's Frenchman's Cove<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3  Charter One - Checking 201 S. Meacham Road Schau<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 312.00 | 0.00 | | 0.00 | FA |
| 4  Charter One - Savings 201 S. Meacham Road Schaum<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 253.48 | 0.00 | | 0.00 | FA |
| 5  Elk Grove Village Bank & Trust 75 E. Turner Aven<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 19.00 | 0.00 | | 0.00 | FA |
| 6  Parkway Bank & Trust A/C # -2142317 951 Meacham<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 26.99 | 0.00 | | 0.00 | FA |
| 7  Furniture Location: In debtor's possession<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 8  Clothing Location: In debtor's possession<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 9  UPS Savings Plan ING upssavings.ingplans.com 800<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 1,074.00 | 0.00 | | 0.00 | FA |
| 10 Zurich Savings Plan A/C #-4048 Vanguard www.vang<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 Priceless Images Common Stock 100 shares<br>   Orig. Asset Memo: Imported from Amended Doc#: 27 | 1.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07058  
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.  
**Period Ending:** 02/20/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/12/12  
**Claims Bar Date:** 02/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Ron Pallack - 50 shares Sherry Pallack - 50 shar<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 379.49 | 379.49 | | 0.00 | FA |
| 13 | Stock - ACCI 3 shares @ 7.16/share (as of 10/28/<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 21.48 | 21.48 | | 0.00 | FA |
| 14 | Stock - Exelon 7 shares @ 44.57/share (as of 10/<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 311.99 | 311.99 | | 0.00 | FA |
| 15 | Stock - NICOR 2 Shares @57.23 /share (as of 10/2<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 114.46 | 114.46 | | 0.00 | FA |
| 16 | Inheritance- The Estate of George Edgar Tripp St | 156,560.52 | 156,560.52 | | 156,560.52 | FA |
| 17 | 2003 Mercury Grand Marquis LS VIN2MEHM75W.3.3X68<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 18 | 1966 Oldsmobile Cutlass VIN338176M318280 Mileage<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 19 | 1969 Chevy Nova SS VIN 114279W513142 Mileage 180<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 1969 Dodge Charger VIN XS329L9B305177 Mileage 22<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 1980 Oldsmobile Cutless VIN 3M47FAR507675 Mileag<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 22 | 1997 Chevy Van VIN 1GBFG15RXV1068671 Mileage | 1,100.00 | 1,100.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-07058  
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.  
**Period Ending:** 02/20/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/12/12  
**Claims Bar Date:** 02/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 110<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | | | | | |
| 23 | 2003 Mercury Grand Marquis LS VIN2MEHM75W33X6849<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 24 | 2004 Mercury Grand Marquis GS VIN2MEFM74W64X6614<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 3,037.00 | 1,237.00 | | 0.00 | FA |
| 25 | 2004 Mercury Sable LS VIN 1MEFM55584G616479 Mile<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | Electronics Location: In debtor's possession<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 27 | Tools Location: In debtor's possession<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 100.00 | 0.00 | | 0.00 | FA |
| 28 | 2 - Cemetery Plots Located: Westlawn Cemetery 78<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 500.00 | | 0.00 | FA |
| 28 | **Assets**  Totals (Excluding unknown values) | **$397,311.41** | **$163,224.94** | | **$156,560.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014          **Current Projected Date Of Final Report (TFR):**     December 31, 2014

Printed: 02/20/2014 11:30 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-07058
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.
**Taxpayer ID #:** **-***1177
**Period Ending:** 02/20/14

**Trustee:** Michael K. Desmond (330623)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******31-66 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/12 | {16} | George Edgar Tripp Estate | Inheritance received by Debtor | 1229-000 | 156,560.52 | | 156,560.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.94 | 156,453.58 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 309.91 | 156,143.67 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033062388 20130103 | 9999-000 | | 156,143.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 156,560.52 | 156,560.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 156,143.67 | |
| | | | **Subtotal** | | 156,560.52 | 416.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$156,560.52** | **$416.85** | |

{} Asset reference(s)

Printed: 02/20/2014 11:30 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-07058  
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.  
**Taxpayer ID #:** **-***1177  
**Period Ending:** 02/20/14  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****674366 - Checking Account  
**Blanket Bond:** $0.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 156,143.67 | | 156,143.67 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.52 | 155,904.15 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.29 | 155,694.86 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.47 | 155,478.39 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.54 | 155,239.85 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.73 | 155,009.12 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.09 | 154,801.03 |
| | | | **ACCOUNT TOTALS** | | 156,143.67 | 1,342.64 | **$154,801.03** |
| | | | Less: Bank Transfers | | 156,143.67 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,342.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,342.64** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******31-66 | 156,560.52 | 416.85 | 0.00 |
| Checking # ****674366 | 0.00 | 1,342.64 | 154,801.03 |
| | $156,560.52 | $1,759.49 | $154,801.03 |

{} Asset reference(s)

Printed: 02/20/2014 11:30 AM  V.13.14

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-07058
Case Name: RONALD D. PALLACK, RONALD D. PALLAC
Trustee Name: Michael K. Desmond

**Balance on hand:** $ 154,801.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 154,801.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 6,940.79 | 0.00 | 6,940.79 |
| Attorney for Trustee, Fees - Figliulo & Silverman, P.C. | 3,123.06 | 0.00 | 3,123.06 |

Total to be paid for chapter 7 administration expenses: $ 10,063.85
Remaining balance: $ 144,737.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 144,737.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 144,737.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 61,789.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 7,921.50 | 0.00 | 7,921.50 |
| 2 | PYOD, LLC its successors and assigns as assignee | 15,580.13 | 0.00 | 15,580.13 |
| 3 | American Express Bank, FSB | 38,287.58 | 0.00 | 38,287.58 |

Total to be paid for timely general unsecured claims: $ 61,789.21
Remaining balance: $ 82,947.97

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 82,947.97

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 82,947.97

**UST Form 101-7-TFR (05/1/2011)**

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $203.18.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 82,744.79.