| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | TIMOTHY A. BARNES |
| Figliulo & Silverman | Chapter   7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 613 |
| Chicago, IL  60603 | Hearing Date: | 03/25/2014 |
| (312) 251-5287 | Hearing Time: | 10:30 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 03/18/2014 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RONALD D. PALLACK, RONALD D. PALLAC     §     Case No. 12-07058
PALLACK, SHERRY M.                              §
                                                §
Debtor(s)                                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>Michael K. Desmond</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30 on 03/25/2014 in Courtroom 642, United States Courthouse,
219 S. Dearborn
Chicago, Il  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

   02/20/2014            By:  /s/ Michael K. Desmond
                                               Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

| Michael K. Desmond | The Honorable: | TIMOTHY A. BARNES |
|---|---|---|
| Figliulo & Silverman | Chapter 7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 613 |
| Chicago, IL  60603 | Hearing Date: | 03/25/2014 |
| (312) 251-5287 | Hearing Time: | 10:30 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 03/18/2014 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: RONALD D. PALLACK, RONALD D. PALLAC  § Case No. 12-07058
PALLACK, SHERRY M.  §
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | *$* | 156,560.52 |
| *and approved disbursements of* | *$* | 1,759.49 |
| *leaving a balance on hand of* [1] | *$* | 154,801.03 |
| **Balance on hand:** | **$** | 154,801.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |
| | Total to be paid to secured creditors: | | | $ | 0.00 |
| | Remaining balance: | | | $ | 154,801.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 6,940.79 | 0.00 | 6,940.79 |
| Attorney for Trustee, Fees - Figliulo & Silverman, P.C. | 3,123.06 | 0.00 | 3,123.06 |
| Total to be paid for chapter 7 administration expenses: | | $ | 10,063.85 |
| Remaining balance: | | $ | 144,737.18 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 144,737.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 144,737.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,789.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,921.50 | 0.00 | 7,921.50 |
| 2 | PYOD, LLC its successors and assigns as assignee | 15,580.13 | 0.00 | 15,580.13 |
| 3 | American Express Bank, FSB | 38,287.58 | 0.00 | 38,287.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 61,789.21 |
| Remaining balance: | $ | 82,947.97 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 82,947.97 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 82,947.97 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $203.18. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 82,744.79.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Michael K. Desmond
Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Ronald D. Pallack
Sherry M. Pallack
    Debtors

Case No. 12-07058-TAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen      Page 1 of 1      Date Rcvd: Feb 20, 2014
                        Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2014.
```
db/jdb        +Ronald D. Pallack,    Sherry M. Pallack,    1094 Judy Lane,    Elk Grove Village, IL 60007-3173
18532369       AT & T Universal Card,    Acct# -4754,    Processing Center,    Des Moines IA 50363-0001
19994019       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18532370       Carson Pirie Scott,    Acct# -7291,    PO Box 17264,    Baltimore  MD  21297-1264
18532371       Chase,    Acct# -7741,    PO Box 15153,    Wilmington  DE  19886-5153
18532372       Citi Card,    Acct# 0857,    PO Box 653054,    Dallas TX  75265-3054
18532373       Citi Mortgage,    Acct# -5181,    PO Box 183040,    Columbus  OH  43218-3040
18532374       Delta America Express,    Box 0001,    Los Angeles CA  90096-8000
18532376       Discover Card,    Acct# -1271,    PO Box 30420,    Salt Lake City  UT  84130-0420
18532379      +RBS Citizens NA,    Acct# -4766,    1 Citizens Drive,    Riverside  RI 02915-3019,
                 Sallie Mae  Dept of Ed Loan,    Acct# -1701
18532380       Sears Roebuck,    Acct# -9540,    PO Box 183081,    Columbus  OH  43218-3081
18532381      #Universal Account Services,    Acct# -5454,    PO Box 147,    St. Joseph  MD  64502-0147
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18532375       E-mail/PDF: pa_dc_ed@salliemae.com Feb 21 2014 01:16:19      Department of Education,
                 Acct# - 1701,    PO Box 740351,    Atlanta GA  30374-0351
19765022       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2014 01:29:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18532378       E-mail/Text: MVCIBL@VACATIONCLUB.COM Feb 21 2014 01:02:41      Marriott Vacation Club Intl,
                 Acct# -0297,    PO Box 382056,    Pittsburgh PA 15250-8056
19769906      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2014 01:16:21
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20723481       E-mail/PDF: rmscedi@recoverycorp.com Feb 21 2014 01:15:56
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
18532377       E-mail/PDF: rmscedi@recoverycorp.com Feb 21 2014 01:15:56
                 The Bureaus Inc/HSBC Retail Services Inc,    c/o Recovery Mgmt Systems Corp,
                 25 SE 2nd Ave, Ste 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Figliulo & Silverman PC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2014 at the address(es) listed below:
```
              Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
              Michael K Desmond    on behalf of Trustee Michael K Desmond mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Reid A. Stiefel    on behalf of Debtor Ronald D. Pallack reidlawyer@msn.com
              Reid A. Stiefel    on behalf of Joint Debtor Sherry M. Pallack reidlawyer@msn.com
              William  Cross    on behalf of Trustee Michael K Desmond wcross@fslegal.com
                                                                                              TOTAL: 6
```