Michael K. Desmond
Figliulo & Silverman
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: RONALD D. PALLACK, RONALD D. PALLAC  § Case No. 12-07058
       PALLACK, SHERRY M.                   §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Michael K. Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $240,750.89 *(without deducting any secured claims)* | Assets Exempt: $14,086.47 |
| Total Distribution to Claimants: $61,992.39 | Claims Discharged Without Payment: $35,663.94 |
| Total Expenses of Administration: $11,823.34 | |

3) Total gross receipts of $ 156,560.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 82,744.79 (see **Exhibit 2**), yielded net receipts of $73,815.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $393,684.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,823.34 | 11,823.34 | 11,823.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 51,824.23 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,454.49 | 61,992.39 | 61,992.39 | 61,992.39 |
| **TOTAL DISBURSEMENTS** | $541,963.08 | $73,815.73 | $73,815.73 | $73,815.73 |

   4) This case was originally filed under Chapter 7 on February 25, 2012. The case was pending for 29 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2014            By: /s/Michael K. Desmond
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance- The Estate of George Edgar Tripp St | 1229-000 | 156,560.52 |
| **TOTAL GROSS RECEIPTS** | | **$156,560.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RONALD D. PALLACK, RONALD D. PALLAC | Surplus Distribution to Debtor From Estate | 8200-002 | 82,744.79 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$82,744.79** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Marriott Vacation Club Intl | 4110-000 | 18,442.39 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage, Inc. | 4110-000 | 212,647.84 | N/A | N/A | 0.00 |
| NOTFILED | RBS Citizens, N.A. | 4110-000 | 162,594.13 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$393,684.36** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | N/A | 6,940.79 | 6,940.79 | 6,940.79 |
| Figliulo & Silverman, P.C. | 3110-000 | N/A | 3,123.06 | 3,123.06 | 3,123.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 106.94 | 106.94 | 106.94 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 309.91 | 309.91 | 309.91 |
| Rabobank, N.A. | 2600-000 | N/A | 239.52 | 239.52 | 239.52 |
| Rabobank, N.A. | 2600-000 | N/A | 209.29 | 209.29 | 209.29 |
| Rabobank, N.A. | 2600-000 | N/A | 216.47 | 216.47 | 216.47 |
| Rabobank, N.A. | 2600-000 | N/A | 238.54 | 238.54 | 238.54 |
| Rabobank, N.A. | 2600-000 | N/A | 230.73 | 230.73 | 230.73 |
| Rabobank, N.A. | 2600-000 | N/A | 208.09 | 208.09 | 208.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,823.34 | $11,823.34 | $11,823.34 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Department of Education | 5200-000 | 32,660.38 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae - Dept of Ed Loan | 5200-000 | 19,163.85 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $51,824.23 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,558.76 | 7,921.50 | 7,921.50 | 7,921.50 |
| 1I | Discover Bank | 7990-000 | N/A | 26.05 | 26.05 | 26.05 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 15,580.13 | 15,580.13 | 15,580.13 | 15,580.13 |
| 2I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 51.23 | 51.23 | 51.23 |
| 3 | American Express Bank, FSB | 7100-000 | 37,651.66 | 38,287.58 | 38,287.58 | 38,287.58 |
| 3I | American Express Bank, FSB | 7990-000 | N/A | 125.90 | 125.90 | 125.90 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Delta American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 4,430.89 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services - Best Bu | 7100-000 | 1,844.06 | N/A | N/A | 0.00 |
| NOTFILED | Universal Account Services | 7100-000 | 1,740.41 | N/A | N/A | 0.00 |
| NOTFILED | Sears Roebuck | 7100-000 | 3,085.91 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott | 7100-000 | 617.35 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 23,945.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $96,454.49 | $61,992.39 | $61,992.39 | $61,992.39 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07058
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.
**Period Ending:** 07/28/14

**Trustee:** (330623) Michael K. Desmond
**Filed (f) or Converted (c):** 02/25/12 (f)
**§341(a) Meeting Date:** 04/12/12
**Claims Bar Date:** 02/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 1094 Judy Drive, Elk Grove Village PIN<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | Timeshare Ownership Marriott 's Frenchman's Cove<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | Charter One - Checking 201 S. Meacham Road Schau<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 312.00 | 0.00 | | 0.00 | FA |
| 4 | Charter One - Savings 201 S. Meacham Road Schaum<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 253.48 | 0.00 | | 0.00 | FA |
| 5 | Elk Grove Village Bank & Trust 75 E. Turner Aven<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 19.00 | 0.00 | | 0.00 | FA |
| 6 | Parkway Bank & Trust A/C # -2142317 951 Meacham<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 26.99 | 0.00 | | 0.00 | FA |
| 7 | Furniture Location: In debtor's possession<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing Location: In debtor's possession<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | UPS Savings Plan ING upssavings.ingplans.com 800<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 1,074.00 | 0.00 | | 0.00 | FA |
| 10 | Zurich Savings Plan A/C #-4048 Vanguard www.vang<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | Priceless Images Common Stock 100 shares<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 1.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07058  
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.  
**Period Ending:** 07/28/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/12/12  
**Claims Bar Date:** 02/20/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12 | Ron Pallack - 50 shares Sherry Pallack - 50 shar<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 379.49 | 379.49 | | 0.00 | FA |
| 13 | Stock - ACCI 3 shares @ 7.16/share (as of 10/28/<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 21.48 | 21.48 | | 0.00 | FA |
| 14 | Stock - Exelon 7 shares @ 44.57/share (as of 10/<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 311.99 | 311.99 | | 0.00 | FA |
| 15 | Stock - NICOR 2 Shares @57.23 /share (as of 10/2<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 114.46 | 114.46 | | 0.00 | FA |
| 16 | Inheritance- The Estate of George Edgar Tripp St | 156,560.52 | 156,560.52 | | 156,560.52 | FA |
| 17 | 2003 Mercury Grand Marquis LS VIN2MEHM75W.3.3X68<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 18 | 1966 Oldsmobile Cutlass VIN338176M318280 Mileage<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 19 | 1969 Chevy Nova SS VIN 114279W513142 Mileage 180<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 1969 Dodge Charger VIN XS329L9B305177 Mileage 22<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 1980 Oldsmobile Cutless VIN 3M47FAR507675 Mileag<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 22 | 1997 Chevy Van VIN 1GBFG15RXV1068671 Mileage | 1,100.00 | 1,100.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07058  
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.  
**Period Ending:** 07/28/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/12/12  
**Claims Bar Date:** 02/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 110<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | | | | | |
| 23 | 2003 Mercury Grand Marquis LS VIN2MEHM75W33X6849<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 24 | 2004 Mercury Grand Marquis GS VIN2MEFM74W64X6614<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 3,037.00 | 1,237.00 | | 0.00 | FA |
| 25 | 2004 Mercury Sable LS VIN 1MEFM55584G616479 Mile<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | Electronics Location: In debtor's possession<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | | 0.00 | FA |
| 27 | Tools Location: In debtor's possession<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 100.00 | 0.00 | | 0.00 | FA |
| 28 | 2 - Cemetery Plots Located: Westlawn Cemetery 78<br>  Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 500.00 | | 0.00 | FA |
| 28 | **Assets    Totals** (Excluding unknown values) | **$397,311.41** | **$163,224.94** | | **$156,560.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Final Report  approved on 3/26/2014 .  All Funds Distributed.  TDR submitted to UST.

Printed: 07/28/2014 10:08 AM    V.13.15

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 12-07058
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.
**Period Ending:** 07/28/14

**Trustee:** (330623) Michael K. Desmond
**Filed (f) or Converted (c):** 02/25/12 (f)
**§341(a) Meeting Date:** 04/12/12
**Claims Bar Date:** 02/20/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** February 20, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-07058 | | Trustee: | Michael K. Desmond (330623) |
|---|---|---|---|---|
| Case Name: | RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******31-66 - Checking Account |
| Taxpayer ID #: | **-***1177 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/28/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/12 | {16} | George Edgar Tripp Estate | Inheritance received by Debtor | 1229-000 | 156,560.52 | | 156,560.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.94 | 156,453.58 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 309.91 | 156,143.67 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033062388 20130103 | 9999-000 | | 156,143.67 | 0.00 |
| | | | ACCOUNT TOTALS | | 156,560.52 | 156,560.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 156,143.67 | |
| | | | Subtotal | | 156,560.52 | 416.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $156,560.52 | $416.85 | |

{} Asset reference(s)

Printed: 07/28/2014 10:08 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-07058  
**Case Name:** RONALD D. PALLACK, RONALD D. PALLAC PALLACK, SHERRY M.  
**Taxpayer ID #:** **-***1177  
**Period Ending:** 07/28/14  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 156,143.67 | | 156,143.67 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.52 | 155,904.15 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.29 | 155,694.86 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.47 | 155,478.39 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.54 | 155,239.85 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.73 | 155,009.12 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.09 | 154,801.03 |
| 05/22/14 | 10101 | Discover Bank | Distribution on Claim No.1 | 7100-000 | | 7,921.50 | 146,879.53 |
| 05/22/14 | 10102 | Discover Bank | Interest on Claim No. 1 | 7990-000 | | 26.05 | 146,853.48 |
| 05/22/14 | 10103 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim No. 2 | 7100-000 | | 15,580.13 | 131,273.35 |
| 05/22/14 | 10104 | PYOD, LLC its successors and assigns as assignee | Interest on Claim No. 2 | 7990-000 | | 51.23 | 131,222.12 |
| 05/22/14 | 10105 | American Express Bank, FSB | Distribution ion Claim No. 3 | 7100-000 | | 38,287.58 | 92,934.54 |
| 05/22/14 | 10106 | American Express Bank, FSB | Interest on Claim No. 3 | 7990-000 | | 125.90 | 92,808.64 |
| 05/22/14 | 10107 | RONALD D. PALLACK, RONALD D. PALLAC | Surplus Distribution to Debtor From Estate | 8200-002 | | 82,744.79 | 10,063.85 |
| 05/22/14 | 10108 | Figliulo & Silverman P.C. | Trustee Fees. | 2100-000 | | 6,940.79 | 3,123.06 |
| 05/22/14 | 10109 | Figliulo & Silverman, P.C. | Attorney's fees | 3110-000 | | 3,112.50 | 10.56 |
| 05/22/14 | 10110 | Figliulo & Silverman, P.C. | Attorney Expenses. | 3110-000 | | 10.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 156,143.67 | 156,143.67 | $0.00 |
| | | | Less: Bank Transfers | | 156,143.67 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 156,143.67 | |
| | | | Less: Payments to Debtors | | | 82,744.79 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $73,398.88 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******31-66** | 156,560.52 | 416.85 | 0.00 |
| **Checking # ******4366** | 0.00 | 73,398.88 | 0.00 |
| | $156,560.52 | $73,815.73 | $0.00 |

{} Asset reference(s)

Printed: 07/28/2014 10:08 AM    V.13.15